IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEREMY JEROME,

    Plaintiff,

v.                              CASE NO. 4:17cv41-RH/CAS

MONROE COUNTY SHERIFF et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5, and the plaintiff's later filings, ECF Nos. 6 and 7. I have reviewed de novo the issues raised by those later filings. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed for failure to state a claim upon which relief may be granted." The clerk must close the file.

SO ORDERED on February 22, 2017.

                                      s/Robert L. Hinkle
                                      United States District Judge